ADRIENNE C. PUBLICOVER (SBN #161432)
DENNIS J. RHODES (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

Attorneys for Defendants
THE PERMANENTE MEDICAL
GROUP, INC.'S INSURANCE PLAN
and LIFE INSURANCE COMPANY
OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIANNE GERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PERMANENTE MEDICAL GROUP, INC.'S INSURANCE PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendants. | Case No.:　CV07-05364 CW<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br>[Civil L.R. 6-1(a)]<br><br>Courtroom:　2<br>Judge　:　Honorable Claudia Wilken |

**IT IS HEREBY STIPULATED**, by and between the parties to this action, through their attorneys of record, pursuant to Local Rule 6.1(a), as follows:

1.　The response of defendants The Permanente Medical Group, Inc.'s Insurance Plan and Life Insurance Company of North America (collectively "defendants"), to plaintiff Marianne Gerson's Complaint, filed on October 19, 2007, currently is due on or before December 28, 2007; and

---

1
STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
USDC NDCA No. CV07-05364 CW
318102.1

2. The parties have agreed that defendants shall have an extension until and including January 14, 2008 to answer or otherwise respond to the Complaint herein.

**IT IS SO STIPULATED.**

Date: December 27, 2007

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: */s/ Dennis J. Rhodes*
Adrienne C. Publicover
Dennis J. Rhodes
Attorneys for Defendants
THE PERMANENTE MEDICAL
GROUP, INC.'S INSURANCE PLAN
and LIFE INSURANCE COMPANY
OF NORTH AMERICA

Date: December 28, 2007

THE LAW OFFICE OF STEVEN M. CHABRE

By: */s/ Steven M. Chabre*
Steven M. Chabre
Attorneys for Plaintiff
MARIANNE GERSON

2
STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
USDC NDCA No. CV07-05364 CW
318102.1

# CERTIFICATE OF SERVICE
*Marianne Gerson v. The Permanente Medical Group, Inc.'s Insurance Plan, et al.*
USDC NDCA Case #CV07-05364 CW

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION EXTENDING TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Steven M. Chabre, Esq.
THE LAW OFFICE OF STEVEN M. CHABRE
1135 Park Avenue
Alameda, CA 94501
Tel:   (510) 749-1440
Fax:   (510) 749-0466

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **December 28, 2007**, at San Francisco, California.

_____
Nancy Li

---

3
**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**
USDC NDCA No. CV07-05364 CW
318102.1