UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Marianne Gerson,

                Plaintiff(s),

v.

The Permanente Medical Group, Inc.'s
Insurance Plan and Life Insurance
Company of North America,
                Defendant(s).
_____/

Case No. CV07-05364 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     (2) Discussed the available dispute resolution options provided by the Court and private entities; and

     (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 4, 2008

                /s/ Kathleen K. Tice
[Party] The Permanente Medical Group, Inc.'s
Insurance Plan and The Life Insurance
Company of North America

Dated: January 4, 2008

                /s/
[Counsel]
Dennis J. Rhodes, Esq.

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05                                                     NDC-17A

# CERTIFICATE OF SERVICE
*Marianne Gerson v. The Permanente Medical Group, Inc.'s Insurance Plan, et al.*
*USDC NDCA Case #CV07-05364 CW*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

## ADR CERTIFICATION BY PARTIES AND COUNSEL

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Steven M. Chabre, Esq.
THE LAW OFFICE OF STEVEN M. CHABRE
1135 Park Avenue
Alameda, CA  94501
Tel:    (510) 749-1440
Fax:    (510) 749-0466

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **January 4, 2008**, at San Francisco, California.

_____
Nancy Li

---

1

USDC NDCA No. CV07-05364 CW
CAPTION PAGE
311250.1