Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE GERSON,<br><br>        Plaintiff,<br><br>   vs.<br><br>THE PERMANENTE MEDICAL GROUP, INC.'S INSURANCE PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendants. | Case No.:  C 07-5364 CW<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

      Plaintiff MARIANNE GERSON certifies that there are no interested entities or persons, other than herself, on her side of this litigation.

                                                                                                                           THE LAW OFFICE OF STEVEN CHABRE

DATED: January 22, 2008

                                                                                         By: _____/S/_____
                                                                                            Steven Chabre
                                                                      Attorney for Plaintiff
                                                                    MARIANNE GERSON

**PLAINTIFF'S CERTIFICATION OF INTERESTED PERSONS OR ENTITIES  (C 07-5364 CW)**