# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Gerson,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>The Permanente Medical Group Inc's Insurance,<br><br>　　　　　Defendant(s). | 07-05364 CW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Catherine A. Yanni**
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
415-982-5267
cayanni@aol.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

---

**Notice of Appointment of Mediator**
07-05364 CW MED　　　　　　　　　　- 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: February 13, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

———————————————
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05364 CW MED                    - 2 -