Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE GERSON, <br><br> Plaintiff, <br><br> vs. <br><br> THE PERMANENTE MEDICAL GROUP, INC.'S INSURANCE PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendants. | Case No.: C 07-5364 CW <br><br> **STIPULATION AND ORDER REGARDING DISCOVERY AND STANDARD OF REVIEW** |

Plaintiff MARIANNE GERSON ("Plaintiff"), and Defendants THE PERMANENTE MEDICAL GROUP, INC.'S INSURANCE PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA by and through their respective counsel of record, hereby stipulate that the proper standard of review in this case is de novo review.  As the parties have agreed on the proper standard of review, no discovery is warranted in this case and plaintiff withdraws the interrogatories and requests for production of documents that she previously served.

IT IS SO STIPULATED.

**PLAINTIFF'S FIRST SET OF RFP's ON DEFENDANT LINA (C 07-5364 CW)**

1

DATED: April 21, 2008

THE LAW OFFICE OF STEVEN M. CHABRE

By: _____/S/_____
    Steven M. Chabre
Attorney for Plaintiff
MARIANNE GERSON

DATED: April 21, 2008

WILSON, ELSER, MOSKOWITZ EDELMAN, & DICKER LLP

BY: _____/S/_____
    Dennis Rhodes
Attorneys for Defendants
THE PERMANENTE MEDICAL GROUP, INC.'S INSURANCE PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA

## **ORDER**

PURSUANT TO STIPULATION and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

The proper standard of review in this matter is de novo review. As the question of the standard of review has been settled, no discovery is warranted in this case.

4/22/08

Dated: _____   By: _____
    Hon. Claudia Wilken
    U.S. DISTRICT COURT JUDGE

**PLAINTIFF'S FIRST SET OF RFP's ON DEFENDANT LINA (C 07-5364 CW)**