**FILED**

JUN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Gerson,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>The Permanente Medical Group Inc's Insurance,<br><br>　　　　Defendant(s). | No. C 07-05364 CW MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _May 27, 2008_

2. Did the case settle?　　☒ fully　　☐ partially　　☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?　　☒ YES　　☐ NO

   Dated: _6/9/08_　　_____
   　　　　　　　　　　Mediator, Catherine A. Yanni
   　　　　　　　　　　JAMS
   　　　　　　　　　　2 Embarcadero Center, Suite 1500
   　　　　　　　　　　San Francisco, CA 94111

Certification of ADR Session
07-05364 CW MED