ADRIENNE C. PUBLICOVER  (SBN 161432)
DENNIS J. RHODES  (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

Attorneys for Defendants
THE PERMANENTE MEDICAL GROUP, INC.'S INSURANCE PLAN
and LIFE INSURANCE COMPANY OF NORTH AMERICA

STEVEN M. CHABRE  (SBN 173271)
THE LAW OFFICE OF STEVEN M. CHABRE
1335 Park Avenue
Alameda, CA  94501
Telephone:  (510) 749-1440
Facsimile:  (510) 749-0466

Attorney for Plaintiff
MARIANNE GERSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIANNE GERSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE PERMANENTE MEDICAL GROUP, INC.'S INSURANCE PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendants. | Case No.:    CV07-05364 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**<br><br><br>Courtroom    :    2<br>Judge    :    Claudia Wilken |

1    Plaintiff Marianne Gerson ("plaintiff"), and defendants Life Insurance Company of North

2   America ("LINA") and The Permanente Medical Group, Inc.'s Insurance Plan ("defendants"),

3   through their respective attorneys of record, Steven M. Chabre, Esq., of the Law Offices of

4   Steven M. Chabre, on behalf of plaintiff, and Dennis J. Rhodes, Esq., of Wilson, Elser,

5   Moskowitz, Edelman & Dicker LLP, on behalf of defendants, HEREBY STIPULATE that the

6   above-captioned matter and all claims of relief therein can be dismissed with prejudice as to all

7   parties in its entirety pursuant to the parties' agreement to resolve the disputed claim.  All parties

8   to bear their own fees and costs.

9       **IT IS SO STIPULATED.**

10

11  Date:  August 7, 2008                    WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP

12

13                              By:___*/s/ Dennis J. Rhodes*_____
                                    Adrienne C. Publicover
14                                  Dennis J. Rhodes
                                    Attorneys for Defendants
15                                  THE PERMANENTE MEDICAL GROUP, INC.'S
                                    INSURANCE PLAN and LIFE INSURANCE
16                                  COMPANY OF NORTH AMERICA

17  Date:  August 7, 2008                    THE LAW OFFICE OF STEVEN M. CHABRE

18

19                              By:___*/s/ Steven M. Chabre*_____
                                    Steven M. Chabre
20                                  Attorneys for Plaintiff
                                    MARIANNE GERSON

21

22                                          **ORDER**

23      The above-captioned matter, and all claims for relief therein, is dismissed with prejudice

24  as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim.  All

25  parties to bear their own fees and costs.

26      **IT IS SO ORDERED**.

27  Date:_____    By:_____

28                                  HONORABLE CLAUDIA WILKEN
                                    UNITED STATES DISTRICT JUDGE

1

**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**

1

## CERTIFICATE OF SERVICE
*Marianne Gerson v. The Permanente Medical Group, Inc.'s Insurance Plan, et al.*
*USDC NDCA Case #CV07-05364 CW*

2

3      I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

4

5      On this date I served the following document(s):

6

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AND PROPOSED ORDER THEREON

7

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

8

9      **→** ___ :     **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

10

11

_____ :     **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

12

13      _____ :     **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

14

15      _____ :     **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

16

17      Steven M. Chabre, Esq.
THE LAW OFFICE OF STEVEN M. CHABRE
1135 Park Avenue

18      Alameda, CA 94501
Tel:    (510) 749-1440

19      Fax:    (510) 749-0466

20      *Attorneys for Plaintiff*

21

22      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

23      EXECUTED on **August 7, 2008**, at San Francisco, California.

24

25      _____
Nancy Li

26

27

28

2

**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
USDC NDCA Case #CV07-05364 CW
358690.1