1  ADRIENNE C. PUBLICOVER (SBN 161432)
   DENNIS J. RHODES (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone: (415) 433-0990
   Facsimile: (415) 434-1370
5
   Attorneys for Defendants
6  THE PERMANENTE MEDICAL GROUP, INC.'S INSURANCE PLAN
   and LIFE INSURANCE COMPANY OF NORTH AMERICA
7

8  STEVEN M. CHABRE (SBN 173271)
   THE LAW OFFICE OF STEVEN M. CHABRE
9  1335 Park Avenue
   Alameda, CA 94501
10 Telephone: (510) 749-1440
   Facsimile: (510) 749-0466
11
   Attorney for Plaintiff
12 MARIANNE GERSON

13

14                   UNITED STATES DISTRICT COURT

15                FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                          OAKLAND DIVISION

17

| | |
|---|---|
| MARIANNE GERSON, | Case No.: CV07-05364 CW |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| vs. | |
| THE PERMANENTE MEDICAL GROUP, INC.'S INSURANCE PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA, | Courtroom : 2<br>Judge : Claudia Wilken |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
USDC NDCA Case #CV07-05364 CW
358690.1

Plaintiff Marianne Gerson ("plaintiff"), and defendants Life Insurance Company of North America ("LINA") and The Permanente Medical Group, Inc.'s Insurance Plan ("defendants"), through their respective attorneys of record, Steven M. Chabre, Esq., of the Law Offices of Steven M. Chabre, on behalf of plaintiff, and Dennis J. Rhodes, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of defendants, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein can be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim. All parties to bear their own fees and costs.

**IT IS SO STIPULATED.**

Date: August 7, 2008                              WILSON, ELSER, MOSKOWITZ,
                                                  EDELMAN & DICKER LLP

                                      By:    */s/ Dennis J. Rhodes*
                                              Adrienne C. Publicover
                                              Dennis J. Rhodes
                                              Attorneys for Defendants
                                              THE PERMANENTE MEDICAL GROUP, INC.'S
                                              INSURANCE PLAN and LIFE INSURANCE
                                              COMPANY OF NORTH AMERICA

Date: August 7, 2008                              THE LAW OFFICE OF STEVEN M. CHABRE

                                      By:    */s/ Steven M. Chabre*
                                              Steven M. Chabre
                                              Attorneys for Plaintiff
                                              MARIANNE GERSON

**ORDER**

The above-captioned matter, and all claims for relief therein, is dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim. All parties to bear their own fees and costs.

**IT IS SO ORDERED**.

Date: 8/11/08                          By: _____
                                              HONORABLE CLAUDIA WILKEN
                                              UNITED STATES DISTRICT JUDGE

---

1
**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
USDC NDCA Case #CV07-05364 CW
358690.1

**CERTIFICATE OF SERVICE**
*Marianne Gerson v. The Permanente Medical Group, Inc.'s Insurance Plan, et al.*
*USDC NDCA Case #CV07-05364 CW*

I am over the age of eighteen years and am not a party to the within cause.  I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE
AND PROPOSED ORDER THEREON**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→       :       **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ :       **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ :       **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ :       **Facsimile** -- (Only where permitted.  Must consult CCP §1012.5 and California Rules of Court 2001-2011.  Also consult FRCP Rule 5(e).  Not currently authorized in N.D.CA.)

Steven M. Chabre, Esq.
THE LAW OFFICE OF STEVEN M. CHABRE
1135 Park Avenue
Alameda, CA  94501
Tel:    (510) 749-1440
Fax:    (510) 749-0466

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **August 11, 2008**, at San Francisco, California.

_____
Nancy Li

---

2
**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
USDC NDCA Case #CV07-05364 CW
358690.1